No. 215. UNITED STATES *v.* KOPPERS CO., INC., SUCCESSOR TO KOPPERS UNITED CO. ET AL. Court of Claims. Certiorari denied. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Rice, Lee A. Jackson* and *Harry Baum* for the United States. *David W. Richmond, Robert N. Miller, Frederick O. Graves, E. S. Ruffin, Jr.* and *C. M. Crick* for respondent.

No. 216. UNITED STATES *v.* NEWMARKET MANUFACTURING CO. C. A. 1st Cir. Certiorari denied. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Rice, Lee A. Jackson* and *Harry Baum* for the United States. *Louis Eisenstein* for respondent.

No. 627. HAYES ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Calvin L. Rampton* and *Zar E. Hayes* for Hayes, and *Bryant H. Croft* for McDonald, petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 820. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *David Hanover* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 907. IRVING *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Daniel D. Glasser* for petitioner. *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States.